Fred L. Gross and Another, Respondents, v. Leonard Rowley, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of Acquiring Title by the City of New York to Lands Situated on Westerly Side of Old Stone Road, in the Borough of Richmond, as a Site for School Purposes.— Motion granted and order of reference made to Daniel D. Whitney, Jr., Esq. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of Supplementary Proceedings. Morris Gordon and Abraham Gordon, Respondents, v. Henry B. Feldberg, Appellant.— Motion granted, without costs, upon condition that the appellant perfect his appeal, place the cause on the calendar for January 22, 1912, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Petition of George B. McClellan, etc. The City of New York, Appellant, v. New York Dry Dock Company and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted, and questions certified. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ. Settle order before the presiding justice.

In the Matter of the Application of Catharine L. Surpless, etc., as Mother and Next Friend of Eleanor L. Surpless, an Infant, etc.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of Jennie Perkins Williams, an Alleged Incompetent Person.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Abe Manevitz, Respondent, v. George W. Averell, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Nora Lowe McKee, Appellant, v. The City of New York, Respondent.— Motion for reargument denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Emma C. Metz, Respondent, v. Manhattan Beach Bathing Company, Appellant.— Appellant presents sufficient excuse for delay in prosecuting the appeal. No affidavit is presented as required by rule * adopted by this court October 4, 1910, showing merits. The appellant may have until January 15, 1912, to submit such affidavit and serve copy on his adversary, who then may serve replying affidavits within two days. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Joseph W. Murphy, Respondent, v. Moon Motor Car Company, Appellant.— Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

* See App. Div. Rules, 2d Dept., Special Rule.— [Rep.